# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 8, 2021

### NO. 03-21-00213-CV

**Sharon O. Harpstead, Appellant**

**v.**

**Phyllis Rowland and Anne Reid, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on April 16, 2021. Sharon O. Harpstead has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.